UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                                  :
CATHERINE AJAERO,               :        21cv7894 (DLC)
                                                  :
                    Plaintiff,    :         ORDER
          -v-                           :
                                                  :
S&P GLOBAL INC., et al.,      :
                                                  :
                    Defendants.  :
                                                  :
----------------------------------------X

DENISE COTE, District Judge:

    On August 23, 2022, a pretrial conference was scheduled in this case for October 21, 2022.  It is hereby

    ORDERED that the October 21 conference is cancelled.

Dated:    New York, New York
          October 19, 2022

                                        _____
                                             DENISE COTE
                                United States District Judge