```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
CATHERINE AJAERO,                         :    21cv7894(DLC)
                                          :
                        Plaintiff,        :    ORDER
            -v-                           :
                                          :
S&P GLOBAL INC., et al.                   :
                        Defendants.       :
                                          :
                                          :
----------------------------------------- X
```
DENISE COTE, District Judge:

On November 2, 2022, the defendants submitted a motion for summary judgment, along with an accompanying statement of facts under Rule 56.1 of this district's local rules. On December 15, the plaintiff submitted her opposition to the motion, including a response to the defendants' statement of facts. The plaintiff's response to the defendant's statements of facts contains several citations to excerpts of deposition transcripts, but the plaintiff did not submit these excerpts with her response. Further, it appears that at least some of these excerpts are also not included in the materials submitted with the defendants' motion. Accordingly, it is hereby

ORDERED that, should the plaintiff wish for the Court to consider any evidentiary materials cited in her response to the defendants' statement of facts, she shall file those materials by February 21, 2023. The plaintiff shall provide Chambers with two courtesy copies of the filed materials by mailing or

delivering them to the United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that should the plaintiff fail to file anything by February 21, the Court shall decide the summary judgment motion solely on the evidentiary record currently before it.

Dated:    New York, New York
          February 16, 2023

                              _____
                                    DENISE COTE
                              United States District Judge