**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CATHERINE AJAERO,

                    Plaintiff,

    -against-                                21 **CIVIL** 7894 (DLC)

## JUDGMENT

S&P GLOBAL INC., TAMARA VAZQUEZ,
and SHYWAM WADWHA,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 7, 2023, the defendants' November 2, 2022 motion is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      March 7, 2023

                                                **RUBY J. KRAJICK**

                                                _____
                                                   **Clerk of Court**

                             **BY:**      *K. Mango*

                                                   **Deputy Clerk**